

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00426-CR

| | | |
|---|---|---|
| ANDRE CARL ROGERS, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC89-CR2024-0192-4) |
| V. | § | February 20, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth